

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00382-CV

**GENESIS NETWORKS ENTERPRISES, LLC**, James Goodman, and Cathy Kincy,
Appellants

v.

**GRAVETTI CORPORATION**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08103
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: November 18, 2020

MOTION TO DISMISS GRANTED, DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM